**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 | IN RE BEXTRA AND CELEBREX          No. MDL 05-01699 CRB
12 | MARKETING, SALES PRACTICES AND
     PRODUCT LIABILITY LITIGATION,      **ORDER OF DISMISSAL**
13                                                         /
14 | *This document relates to:*
15 | Zedith Lillard and
     Don Lillard,                       05-5430 CRB
16 | Dale Casey and
     Janice Casey                       05-5354 CRB
17 | Ira Carter and
     Woford Carter                      05-5441 CRB
18 | Gayle Williams-Rhinehart
     and Suzette Coleman                05-5350 CRB
19                                      06-0340 CRB
     Glossie Love and
20 | Huey Love                          06-0151 CRB
21 | Estate of Helen M. Shelton         06-0221 CRB
     Angela M. Swedeen and
22 | Dana Swedeen                       06-0175 CRB
     Joyce Croft                        06-0222 CRB
23 | Alanda Creer                       06-0233 CRB
     Sheraldine Joseph,                 06-0241 CRB
24 | Sharon Thompson                    06-0288 CRB
                                        06-0283 CRB
25 | Franklin Dean Elders               06-0287 CRB
                                        06-0245 CRB
26 | Joyce M. Hayes,                    06-0385 CRB
                                        06-0224 CRB
27
28

| | |
|---|---|
| 1 | The Court ordered the plaintiffs identified in the caption to show cause why this |
| 2 | action should not be dismissed for a failure to prosecute.  As of this date, the date of the |
| 3 | hearing on the show cause order, no plaintiff has responded to the Court's order and no |
| 4 | plaintiff appeared at the show cause hearing.  Accordingly, the actions identified in the above |
| 5 | caption are DISMISSED with prejudice pursuant to Federal Rule of Civil Procedure 41. |

**IT IS SO ORDERED.**

Dated: October 6, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California